# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARCHIBALD SABRINA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  3:23-cv-3048-JPG |
| | ) |
| ASSOCIATED BANC-CORP et al, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having heard argument and come to a decision,

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:  December 5, 2023**

                MONICA A. STUMP, Clerk of Court

                By: *s/Tina Gray,*
                    Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
        J. PHIL GILBERT
        U.S. DISTRICT JUDGE